UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 16-CV-23040-CMA-JJO

ANDRES GOMEZ,

    Plaintiff,

vs.

PAUL & SHARK FLORIDA, INC.,

    Defendants.

## ORDER

**THIS MATTER CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice filed on October 19, 2016. After a careful review of the Stipulation and the file, it is:

**ORDERED** that the Stipulation of Dismissal with Prejudice, D.E. 34 is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

Dated: Oct 19, 2016

John J. O'Sullivan
United States District Judge

Copies to:

Scott R. Dinin, Esq.
E-Mail: inbox@dininlaw.com
*Counsel for the Plaintiff*

Barbara J. Riesberg
E-mail: Barbara@riesberglaw.com
*Counsel for the Defendant*